UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-02268-SEB-MJD |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) |
| Defendants. | ) |

**Entry Dismissing Action
And Directing Entry of Final Judgment**

Plaintiff commenced this *pro se* action on June 30, 2017. His complaint was dismissed as frivolous and his motion for leave to proceed *in forma pauperis* was denied on July 7, 2017. The Court allowed plaintiff through August 11, 2017, to show cause why the action should not be dismissed as frivolous and for failure to state a claim upon which relief can be granted and to pay the filing fee. Plaintiff has not paid the filing fee nor shown cause why this action should not be dismissed.

Accordingly, for the reasons set forth in the Court's Entry of July 7, 2017, dkt. 9, this action is **dismissed** as frivolous and for failure to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B); Fed R. Civ. P. 12(b)(6). Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

Date: 8/18/2017

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836